IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-03252 |
| | ) |
| TRI CITY FOODS OF ILLINOIS LLC | ) Judge Harry D. Leinenweber |
| d/b/a BURGER KING, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own costs, including attorneys' fees.

HOWARD COHAN

By:  /s/  *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Robert E. Purgatorio
General Counsel
Tri-City Foods of Illinois
4415 State Highway 6
Sugar Land, Texas 77478

by emailing same on September 15, 2020

/s/ *Marshall J. Burt*
Marshall J. Burt